UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a |
| TIBIUS EDWARDS | ) | Minor to Engage in Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | Production of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 1470 |
| | ) | Transfer of Obscene Material to a |
| | ) | Minor |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**Count 1:** Coercion and Enticement of a Minor to Engage in Sexual Activity
18 U.S.C. § 2422(b)

- Not less than ten (10) years of imprisonment but not more than life;
- Not more than a $250,000.00 fine;
- Not less than five (5) years of supervised release, but not more than life;
- $100.00 special assessment;
- An assessment of $5,000.00 per count under 18 U.S.C. § 3014;
- An assessment, pursuant to 18 U.S.C. § 2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act;
- Mandatory restitution under 18 U.S.C. § 2259; and
- Forfeiture of forfeitable assets as ordered by the Court.

| | |
|---|---|
| **Counts 2-4:** | **Production of Child Pornography**<br>18 U.S.C. § 2251(a) |

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment;
- Not more than a $250,000.00 fine;
- Not less than five (5) years of supervised release, but not more than life;
- $100.00 special assessment;
- An assessment of $5,000.00 per count under 18 U.S.C. § 3014;
- An assessment, pursuant to 18 U.S.C. § 2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act;
- Mandatory restitution under 18 U.S.C. § 2259; and
- Forfeiture of forfeitable assets as ordered by the Court.

| | |
|---|---|
| **Counts 5-7:** | **Transfer of Obscene Matter to a Minor**<br>18 U.S.C. § 1470 |

- Imprisonment of not more than ten (10) years;
- Fine of not more than $250,000.00;
- Supervised release of not more than 3 years;
- Registration under the Sex Offender Registration and Notification Act; and
- $100.00 Special Assessment.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573