# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **123cr004**

United States of America

vs.

**Tibius Edwards / 26**
**3:08 pm - 3:25 pm**

Defendant/Age

**Tara Lyons and Jason Blanchard**
U. S. Attorney

**John Edwards Price**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Three** of the information.   **by proffer**
- [✓] Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis _____ .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **a later date** at _____ .
- [ ] Bond Continued **Yes.**   Bond modified to _____ .
  Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, U. S. District Court Judge**   Date **April 19, 2023**
Court Reporter    **Lisa Davenport**              Probation Officer
Courtroom Deputy Clerk    **Lisa Widener**        U.S. Marshal