**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 1:23-CR-4** |
| | ) | |
| **TIBIUS EDWARDS** | ) | |

## DECLARATION OF PUBLICATION

1.      I am an Assistant United States Attorney, and I represent the United States in this action.

2.      As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by Exhibit A hereto, Notice of Criminal Forfeiture was posted on www.forfeiture.gov, an official government website, for 30 consecutive days, beginning on August 9, 2023.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

By:      */s/ Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
Post Office Box 2017
Augusta, Georgia 30903
Telephone: (706) 724-0517
Email: jason.blanchard@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 19th day of September, 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4544
Jason.Blanchard@usdoj.gov

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## COURT CASE NUMBER: 1:23-CR-4; NOTICE OF FORFEITURE

Notice is hereby given that on April 26, 2023, in the case of <u>U.S. v. Tibius Edwards</u>, Court Case Number 1:23-CR-4, the United States District Court for the Southern District of Georgia entered an Order condemning and forfeiting the following property to the United States of America:

Samsung Galaxy S9+ smartphone, model number SM-G965F, from the person of Tibius Edwards at Fort Gordon CID Office, 321 Brainard Ave., Bldg. 33412, Fort Gordon, GA 30905 Ser No: RF8K21RBW4R (23-FBI-006515) which was seized from Tibius Edwards on April 19, 2023 at Fort Gordon CID Office, 321 Brainard Avenue, Building 33412, located in Fort Gordon, GA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 09, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, mailing address is P.O. Box 1130, Augusta, Georgia 30903-1130, the physical address is 600 James Brown Boulevard, Augusta, GA 30901, and a copy served upon Assistant United States Attorney Jason Blanchard, P.O. Box 2017, Augusta, GA 30903.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Jason Blanchard, P.O. Box 2017, Augusta, GA  30903.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 9, 2023 and September 07, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Tibius Edwards

**Court Case No:**     1:23-CR-4
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/09/2023 | 23.9 | Verified |
| 2 | 08/10/2023 | 23.9 | Verified |
| 3 | 08/11/2023 | 23.9 | Verified |
| 4 | 08/12/2023 | 23.9 | Verified |
| 5 | 08/13/2023 | 23.9 | Verified |
| 6 | 08/14/2023 | 24.0 | Verified |
| 7 | 08/15/2023 | 23.8 | Verified |
| 8 | 08/16/2023 | 23.9 | Verified |
| 9 | 08/17/2023 | 23.9 | Verified |
| 10 | 08/18/2023 | 23.9 | Verified |
| 11 | 08/19/2023 | 23.8 | Verified |
| 12 | 08/20/2023 | 23.9 | Verified |
| 13 | 08/21/2023 | 23.9 | Verified |
| 14 | 08/22/2023 | 23.9 | Verified |
| 15 | 08/23/2023 | 23.9 | Verified |
| 16 | 08/24/2023 | 23.9 | Verified |
| 17 | 08/25/2023 | 23.9 | Verified |
| 18 | 08/26/2023 | 23.9 | Verified |
| 19 | 08/27/2023 | 24.0 | Verified |
| 20 | 08/28/2023 | 23.9 | Verified |
| 21 | 08/29/2023 | 23.9 | Verified |
| 22 | 08/30/2023 | 23.9 | Verified |
| 23 | 08/31/2023 | 23.9 | Verified |
| 24 | 09/01/2023 | 23.9 | Verified |
| 25 | 09/02/2023 | 24.0 | Verified |
| 26 | 09/03/2023 | 24.0 | Verified |
| 27 | 09/04/2023 | 24.0 | Verified |
| 28 | 09/05/2023 | 23.9 | Verified |
| 29 | 09/06/2023 | 23.9 | Verified |
| 30 | 09/07/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.